IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Terry Pressley, )<br>)<br>          Plaintiff, )<br>)<br>     vs. )<br>)<br>Henry D. McMaster, John W. McIntosh, )<br>Donald J. Zelenka, Jon Ozmint, )<br>Bryan P. Stirling, The State of South )<br>Carolina, The South Carolina )<br>Department of Corrections, and The )<br>South Carolina Attorney General's )<br>Office, )<br>)<br>          Defendants. )<br>_____) | Civil Action No. 3:14-4025-JMC-KFM<br><br>**O R D E R** |

This matter is before the court on the motion to compel (doc. 22) of defendants South Carolina Department of Corrections, Jon Ozmint, and Bryan P. Stirling. The plaintiff, a state prisoner who is represented by an attorney, seeks relief pursuant to Title 42, United States Code, Section 1983. Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Local Civ. Rule 73.02(B)(2)(d) (D.S.C.), this magistrate judge is authorized to review all pretrial matters in cases filed under Section 1983 and submit findings and recommendations to the district court.

These defendants served the plaintiff with their first set of interrogatories and first set of requests for production of documents on January 8, 2015 (docs. 22-1, 22-2); therefore a response was due by February 8, 2015. On February 17, 2015, defense counsel sent the plaintiff's counsel a letter concerning the plaintiff's failure to respond (doc. 22-3). The plaintiff requested an extension, and the parties agreed to an extension of time through March 2, 2015, for the plaintiff to respond to the discovery requests (doc. 22-4). The above-named defendants filed a motion to compel on March 13, 2015, stating that, as

of that date, they had not received any responses. The plaintiff did not file a response to the motion to compel.

Wherefore, based upon the foregoing, the motion to compel (doc. 22) is granted. The plaintiff is directed to serve his responses to the discovery requests by April 8, 2015. Failure to obey a discovery order may result in sanctions, including the loss of claims or defenses, the striking of all or part of pleadings, or the dismissal of all or part of the action. *See* Fed. R. Civ. P. 37(b)(2)(A).

IT IS SO ORDERED.

April 1, 2015                                             s/ Kevin F. McDonald
Greenville, South Carolina                    United States Magistrate Judge