IN THE DISTRICT COURT OF THE UNITED STATES

DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Terry Pressley, ) | |
| ) | Civil Action No.  6:14-4025-JMC-KFM |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| Henry D. McMaster, John W. McIntosh, ) | |
| Donald J. Zelenka, Jon Ozmint, Bryan ) | |
| P. Stirling, The State of South Carolina, ) | |
| The South Carolina Department of ) | |
| Corrections, and The South Carolina ) | |
| Attorney General's Office, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The plaintiff brought this action seeking relief pursuant to Title 42, United States Code, Section 1983.  On April 9, 2015, the defendants Ozmint, Stirling, and The South Carolina Department of Corrections filed a motion for summary judgment (doc. 26). The plaintiff has not responded to the motion.

As the plaintiff has failed to respond to the motion for summary judgment, it appears to the court that he wishes to abandon this action.  Therefore,

IT IS ORDERED that the plaintiff shall have through May 8, 2015, to file his response to the motion for summary judgment.  The plaintiff is advised that if he fails to respond, this action will be subject to dismissal for failure to prosecute pursuant to F.R.Civ.P. 41(b), and the dismissal will be considered an adjudication on the merits, i.e., *with prejudice*.

IT IS SO ORDERED.

April 28, 2015                                                           s/ Kevin F. McDonald
Greenville, South Carolina                                    United States Magistrate Judge