**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| Terry Pressley, ) | |
| ) | Civil Action No. 3:14-cv-04025-JMC |
| Plaintiff, ) | |
| ) | |
| v.  ) | **ORDER** |
| ) | |
| Henry D. McMaster, Jean H. Toal, ) | |
| John W. McIntosh, Donald J. Zelenka, ) | |
| Jon Ozmint, Bryan P. Stirling, ) | |
| The State of South Carolina, ) | |
| The South Carolina Department of Corrections, ) | |
| and The South Carolina Attorney General's ) | |
| Office, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff is a former state prisoner seeking relief under 42 U.S.C. § 1983. This matter is before the court for review of the Magistrate Judge's Report and Recommendation ("Report") (ECF No. 25) filed on April 3, 2015, recommending that Defendants' Motion to Dismiss (ECF No. 5) be granted. The Report sets forth in detail the relevant facts and legal standards on this matter, and the court incorporates the Magistrate Judge's recommendation herein without a recitation.

The Magistrate Judge's Report is made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina. The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objections are made, and the court

1

may accept, reject, or modify, in whole or in part, the Magistrate Judge's recommendation or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

Plaintiff was advised of his right to file an objection to the Report "within fourteen (14) days of the date of service" or by April 20, 2015. (ECF No. 25.) Plaintiff filed no objection.

In the absence of timely filed objections to the Magistrate Judge's Report, this court is not required to provide an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (*quoting* Fed. R. Civ. P. 72 advisory committee's note). Furthermore, failure to file specific written objections to the Report results in a party's waiver of the right to appeal from the judgment of the District Court based upon such recommendation. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985).

After a thorough review of the Report and the record in this case, the court finds the Report provides an accurate summary of the facts and law. The court **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 25). It is therefore **ORDERED** that Defendants' Motion to Dismiss (ECF No. 5) be **GRANTED**.

**IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

September 4, 2015
Columbia, South Carolina

2